Hearing Date: December 22, 2009
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 642
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| TINER, VANLEE | § | Case No. 09-11269 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

### SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 03/31/2009 . Gus A. Paloian was appointed as chapter 7 trustee. The undersigned successor trustee was appointed on May 27, 2009.

2. The successor trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The successor trustee realized gross receipts of      $    6,901.59

      Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 0.00 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 3,500.00 |
| Leaving a balance on hand of[1]    $ | 3,401.59 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 08/28/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Successor Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the successor trustee is $ 850.40 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 850.40 , for a total compensation of $ 850.40 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2009            By:/s/Joseph A. Baldi, Successor Trustee
                                Successor Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 09-11269    SPS    Judge: Susan Pierson Sonderby
Case Name: TINER, VANLEE
For Period Ending: 11/01/09

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 03/31/09 (f)
341(a) Meeting Date: 05/15/09
Claims Bar Date: 08/28/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. US Bank Checking (value after unfrozen and bills a bank account frozen by creditor, turned over to trustee post petition (see item 3 below). --$3500 claimed exempt by Debtor | 3,500.00 | Unknown | | 0.00 | FA |
| 2. Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 3. Credit Union - Turnover of Funds (u) turnover of bank account at US Bank frozen pre-petition by creditor | 0.00 | 3,401.25 | | 6,901.25 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.34 | Unknown |

TOTALS (Excluding Unknown Values)    $3,700.00    $3,601.25    $6,901.59    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bar date passed. Will review claims and prepare TFR.

Initial Projected Date of Final Report (TFR): / /    Current Projected Date of Final Report (TFR): / /

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 3)    Ver: 15.02

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

Case No: 09-11269 -SPS
Case Name: TINER, VANLEE
Taxpayer ID No: *******0683
For Period Ending: 11/01/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6150 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/09 | 3 | Kramer and Frank 9300 Dielman Ind. Drive Ste.100 St. Louis MO 63132-2205 | Turnover Funds - Credit Union | 1290-000 | 6,901.25 | | 6,901.25 |
| 06/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 6,901.33 |
| 07/02/09 | 4 | Transfer to Acct #*******6163 | Bank Funds Transfer Trasnfer funds to pay Debtor's exemption in credit union funds.   ech July 02, 2009, 04:05 pm | 9999-000 | | 3,500.00 | 3,401.33 |
| 07/31/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,401.42 |
| 08/31/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,401.51 |
| 09/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,401.59 |

Account   *******6150

| | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | 6,901.25 | 0 | Checks | | 0.00 |
| 4 | Interest Postings | 0.34 | 0 | Adjustments Out | | 0.00 |
| | Subtotal | $ 6,901.59 | 1 | Transfers Out | | 3,500.00 |
| 0 | Adjustments In | 0.00 | | Total | $ | 3,500.00 |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 6,901.59 | | | | |

LFORM2T UST Form 101-7-TFR (9/1/2009) (Page: 4)

Ver. 15.02

Page: 2
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-11269 -SPS  
Case Name: TINER, VANLEE  
Taxpayer ID No: *******0683  
For Period Ending: 11/01/09  

Trustee Name: Joseph A. Baldi, Trustee  
Bank Name: Bank of America, N.A.  
Account Number / CD #: *******6163 Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/09 | | Transfer from Acct #*******6150 | Bank Funds Transfer Transfer funds to pay Debtor's exemption in credit union funds. ecb July 02, 2009, 04:05 pm | 9999-000 | 3,500.00 | | 3,500.00 |
| * 07/02/09 | 001001 | VANLEE TINER PO Box 51148 Chicago IL 60651 | Debtor's Exemption in Altonized Federal Credit Union Account | 8100-004 | | 3,500.00 | 0.00 |
| * 07/29/09 | 001001 | VANLEE TINER PO Box 51148 Chicago IL 60651 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8100-004 | | -3,500.00 | 3,500.00 |
| * 07/30/09 | 001002 | VANLEE TINER PO Box 51148 Chicago IL 60651 | Debtor's Exemption in Altonized Federal Credit Union Account Replacement Check for 1001 | 8100-002 | | 3,500.00 | 0.00 |

Account *******6163  
Balance Forward 0.00  
0 Deposits 0.00 3 Checks 3,500.00  
0 Interest Postings 0.00 0 Adjustments Out 0.00  
  0 Transfers Out 0.00  
Subtotal $ 0.00  
0 Adjustments In 0.00 Total $ 3,500.00  
1 Transfers In 3,500.00  
Total $ 3,500.00  

LFORM2T UST Form 101-7-TFR (9/1/2009) (Page: 5)  Ver: 15.02

Page: 3
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-11269 -SPS
Case Name: TINER, VANLEE
Taxpayer ID No: \*\*\*\*\*\*\*0683
For Period Ending: 11/01/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: \*\*\*\*\*\*\*6163 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | |
|---|---|---|
| Report Totals | | |
| Balance Forward | | 0.00 |
| 1 Deposits | | 6,901.25 |
| 4 Interest Postings | | 0.34 |
| Subtotal | $ | 6,901.59 |
| 0 Adjustments In | | 0.00 |
| 1 Transfers In | | 3,500.00 |
| Total | $ | 10,401.59 |

| | | |
|---|---|---|
| 3 Checks | | 3,500.00 |
| 0 Adjustments Out | | 0.00 |
| 1 Transfers Out | | 3,500.00 |
| Total | $ | 7,000.00 |
| Net Total Balance | $ | 3,401.59 |

## SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-11269
Case Name: TINER, VANLEE
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |
| | $ |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph Baldi, Successor Trustee | $ 850.40 | 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,610.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.70 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Altonized Cu* | $ 4,784.00 | $ 223.49 |
| *000002* | *Altonized Cu* | $ 235.00 | $ 10.98 |
| *000003* | *Direct TV* | $ 196.00 | $ 9.16 |
| *000004* | *Direct TV c/o* | $ 196.00 | $ 9.15 |
| *000005* | *Shell* | $ 642.00 | $ 29.99 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | MCI | $ 284.00 | $ 13.27 |
| 000007 | Insight Communications | $ 79.00 | $ 3.69 |
| 000008 | Christopher J. Reid, DC | $ 215.98 | $ 10.09 |
| 000009 | ATG Credit | $ 90.00 | $ 4.20 |
| 000010 | At&tconsvc | $ 27.00 | $ 1.26 |
| 000011 | Social Security Admin | $ 5.00 | $ 0.23 |
| 000012 | Social Security | $ 11,624.00 | $ 543.03 |
| 000013 | Social Security Administration | $ 36,233.00 | $ 1,692.65 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .