```
Hearing Date: December 22, 2009
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St.
  Courtroom 642
  Chicago, IL 60604
```

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TINER, VANLEE | § | Case No. 09-11269 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

### NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Successor Trustee of the above styled estate, has filed a Final Report and the successor trustee has filed a final fee application, which is summarized in the attached Summary of Successor Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the successor trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Tuesday, December 22, 2009
in Courtroom 642 , U.S. Courthouse
219 S. Dearborn St., Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application, the Successor Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court
Joseph A. Baldi, Successor Trustee, Suite 1500, 19 South LaSalle Street, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   §
         §
TINER, VANLEE   §   Case No. 09-11269
         §
         Debtor   §   Hon. Susan Pierson Sonderby

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,901.59 |
| and approved disbursements of | $ | 3,500.00 |
| leaving a balance on hand of[1] | $ | 3,401.59 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Joseph A. Baldi, Successor Trustee | $  850.40 | $  0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,610.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent.

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Altonized Cu | $ 4,784.00 | $ 223.49 |
| 000002 | Altonized Cu | $ 235.00 | $ 10.98 |
| 000003 | Direct TV | $ 196.00 | $ 9.16 |
| 000004 | Direct TV c/o | $ 196.00 | $ 9.15 |
| 000005 | Shell | $ 642.00 | $ 29.99 |
| 000006 | MCI | $ 284.00 | $ 13.27 |
| 000007 | Insight Communications | $ 79.00 | $ 3.69 |
| 000008 | Christopher J. Reid, DC | $ 215.98 | $ 10.09 |
| 000009 | ATG Credit | $ 90.00 | $ 4.20 |
| 000010 | At&tconsvc | $ 27.00 | $ 1.26 |
| 000011 | Social Security Admin | $ 5.00 | $ 0.23 |
| 000012 | Social Security | $ 11,624.00 | $ 543.03 |
| 000013 | Social Security Administration | $ 36,233.00 | $ 1,692.65 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

UST Form 101-7-NFR (9/1/2009) *(Page: 5)*

Certificate of Service    Page 5 of 6

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ _____
Joseph A. Baldi, Successor Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mjerdine              Page 1 of 1           Date Rcvd: Nov 19, 2009
Case: 09-11269                Form ID: pdf006             Total Noticed: 17

The following entities were noticed by first class mail on Nov 21, 2009.
db           +Vanlee Tiner,   PO Box 51148,    Chicago, IL 60651-0148
aty          +Catherine Kim,   Robert J Semrad & Associates,    20 S. Clark St.,   28th Floor,
               Chicago, IL 60603-1802
aty          +Janna L Quarless,   Robert J Semrad and Associates,    20 S. Clark Street,   28th Floor,
               Chicago, IL 60603-1802
aty          +Michael A Miller,   Robert J Semrad and Associates,    20 S. Clark, 28th Floor,
               Chicago, IL 60603-1802
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
13724150     +ATG Credit,   PO Box 14895,    Chicago, IL 60614-0895
13724147     +Altonized Cu,   4435 N Alby,    Alton, IL 62002-5916
13724149      At&tconsvc,    At&t Credit Manage,    Murray, UT 84157
13724151     +Christopher J. Reid, DC,    2920 Chatham Rd., Suite A,    Springfield, IL 62704-7004
13724156     +Direct TV,    Nco Fin/09,   507 Prudential Rd,    Horsham, PA 19044-2308
13724155     +Direct TV c/o,   Nationwide Credit Inc,    2015 Vaughn Rd Nw Ste 30,   Kennesaw, GA 30144-7801
13724152      Insight Communications,    Credit Protection Asso,    One Galleria Tower,   Dallas, TX 75240
13724153     +MCI,   Lvnv Funding Llc,    Po Box 740281,   Houston, TX 77274-0281
13724154     +Shell,   Midland Credit Mgmt,    8875 Aero Dr  Ste 200,    San Diego, CA 92123-2255
14341189     +Social Security,    1500 Woodlawn Dr,    Baltimore, MD 21241-1500
13724158     +Social Security Admin,    6401 Security Blvd,    Woodlawn, MD 21235-6401
13724157      Social Security Administration,    Oas 11th Floor,    Jamaica, NY 11432

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13724148*    +Altonized Cu,   4435 N Alby,    Alton, IL 62002-5916
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 21, 2009**                    **Signature:**    _Joseph Speetjens_