UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
TINER, VANLEE § Case No. 09-11269
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____          By:/s/Joseph A. Baldi, Trustee_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VANLEE TINER |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALTONIZED CU | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALTONIZED CU | | | | | |
| AT&TCONSVC | | | | | |
| ATG CREDIT | | | | | |
| CHRISTOPHER J. REID, DC | | | | | |
| DIRECT TV | | | | | |
| DIRECT TV C/O | | | | | |
| INSIGHT COMMUNICATIONS | | | | | |
| MCI | | | | | |
| SHELL | | | | | |
| SOCIAL SECURITY | | | | | |
| SOCIAL SECURITY ADMIN | | | | | |
| SOCIAL SECURITY ADMINISTRATION | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-11269 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | TINER, VANLEE | | | Date Filed (f) or Converted (c): | 03/31/09 (f) |
| | | | | 341(a) Meeting Date: | 05/15/09 |
| For Period Ending: | 06/17/10 | | | Claims Bar Date: | 08/28/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. US Bank Checking (value after unfrozen and bills a bank account frozen by creditor, turned over to trustee post petition (see item 3 below).--$3500 claimed exempt by Debtor | 3,500.00 | Unknown | | 0.00 | FA |
| 2. Clothing | 200.00 | 200.00 | | 0.00 | FA |
| 3. Credit Union - Turnover of Funds (u) turnover of bank account at US Bank frozen pre-petition by creditor | 0.00 | 3,401.25 | | 6,901.25 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $3,700.00 | $3,601.25 | | $6,901.87 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Bar date passed. Claims reviewed. TFR filed. Final hearing held 12/22/09.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.08

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11269 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | TINER, VANLEE | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6150 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0683 | | |
| For Period Ending: | 06/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 06/15/09 | 3 | Kramer and Frank<br>9300 Dielman Ind. Drive<br>Ste.100<br>St. Louis MO 63132-2205 | Turnover Funds - Credit Union | 1290-000 | 6,901.25 | | 6,901.25 |
| C 06/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 6,901.33 |
| C t 07/02/09 | | Transfer to Acct #*******6163 | Bank Funds Transfer<br>Trasnfer funds to pay Debtor's exemption in credit union funds.  ecbJuly 02, 2009, 04:05 pm | 9999-000 | | 3,500.00 | 3,401.33 |
| C 07/31/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,401.42 |
| C 08/31/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,401.51 |
| C 09/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,401.59 |
| C 10/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,401.67 |
| C 11/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,401.76 |
| C 12/31/09 | 4 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,401.85 |
| C 01/07/10 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 3,401.87 |
| C t 01/07/10 | | Transfer to Acct #*******6163 | Final Posting Transfer<br>Transfer for final distribution. | 9999-000 | | 3,401.87 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6150 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 6,901.25 | 0 | Checks | 0.00 |
| 8 | Interest Postings | 0.62 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 6,901.87 |
| | Subtotal | $ 6,901.87 | | | |
| | | | | Total | $ 6,901.87 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 6,901.87 | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 7)

Ver: 15.08

Case 09-11269   Doc 33   Filed 07/07/10   Entered 07/07/10 21:58:19   Desc Main
Document   Page 8 of 11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-11269 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | TINER, VANLEE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6163  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0683 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 07/02/09 | | Transfer from Acct #*******6150 | Bank Funds Transfer  Trasnfer funds to pay Debtor's exemption in credit union funds.  ecbJuly 02, 2009, 04:05 pm | 9999-000 | 3,500.00 | | 3,500.00 |
| * C 07/02/09 | 001001 | VANLEE TINER  PO Box 51148  Chicago IL  60651 | Debtor's Exemption in  Altonized Federal Credit Union Account | 8100-004 | | 3,500.00 | 0.00 |
| * C 07/29/09 | 001001 | VANLEE TINER  PO Box 51148  Chicago IL  60651 | Stop Payment Reversal  STOP PAY ADD SUCCESSFUL | 8100-004 | | -3,500.00 | 3,500.00 |
| C 07/30/09 | 001002 | VANLEE TINER  PO Box 51148  Chicago IL  60651 | Debtor's Exemption in  Altonized Federal Credit Union Account  Replacement Check  for 1001 | 8100-002 | | 3,500.00 | 0.00 |
| C t 01/07/10 | | Transfer from Acct #*******6150 | Transfer In From MMA Account  Transfer for final distribution. | 9999-000 | 3,401.87 | | 3,401.87 |
| C 01/07/10 | 001003 | JOSEPH A. BALDI , as Trustee  19 S. LaSalle Street  Suite 1500  Chicago, Illinois  60603 | Trustee Final Compensation | 2100-000 | | 850.40 | 2,551.47 |
| C 01/07/10 | 001004 | Altonized Cu  4435 N Alby  Alton, IL 62002 | Claim 000001, Payment 4.67% | 7100-000 | | 223.51 | 2,327.96 |
| C 01/07/10 | 001005 | Altonized Cu  4435 N Alby  Alton, IL 62002 | Claim 000002, Payment 4.67% | 7100-000 | | 10.98 | 2,316.98 |
| C 01/07/10 | 001006 | Direct TV  Nco Fin/09  507 Prudential Rd  Horsham, PA 19044 | Claim 000003, Payment 4.67% | 7100-000 | | 9.16 | 2,307.82 |
| C 01/07/10 | 001007 | Direct TV c/o  Nationwide Credit Inc | Claim 000004, Payment 4.67% | 7100-000 | | 9.16 | 2,298.66 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-11269 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | TINER, VANLEE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6163 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0683 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 01/07/10 | 001008 | 2015 Vaughn Rd Nw Ste 30<br>Kennesaw, GA 30144<br>Shell | Claim 000005, Payment 4.67% | 7100-000 | | 29.99 | 2,268.67 |
| * C 01/07/10 | 001009 | Midland Credit Mgmt<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123<br>MCI | Claim 000006, Payment 4.67% | 7100-004 | | 13.27 | 2,255.40 |
| C 01/07/10 | 001010 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274<br>United States Bankruptcy Court<br>IL | Claim 000007, Payment 4.67%<br>Insight Communications<br>Credit Protection Asso<br>One Galleria Tower<br>Dallas, TX 75240 | 7100-000 | | 3.69 | 2,251.71 |
| C 01/07/10 | 001011 | Christopher J. Reid, DC<br>2920 Chatham Rd., Suite A<br>Springfield, IL 62704 | Claim 000008, Payment 4.67% | 7100-000 | | 10.09 | 2,241.62 |
| C 01/07/10 | 001012 | United States Bankruptcy Court<br>IL | Claim 000009, Payment 4.67%<br>ATG Credit<br>PO Box 14895<br>Chicago, IL 60614 | 7100-000 | | 4.20 | 2,237.42 |
| C 01/07/10 | 001013 | United States Bankruptcy Court<br>IL | Claim 000010, Payment 4.67%<br>At&tconsvc<br>At&t Credit Manage<br>Murray, UT 84157 | 7100-000 | | 1.26 | 2,236.16 |
| C 01/07/10 | 001014 | United States Bankruptcy Court<br>IL | Claim 000011, Payment 4.80%<br>Social Security Admin<br>6401 Security Blvd<br>Woodlawn, MD 21235 | 7100-000 | | 0.24 | 2,235.92 |
| C 01/07/10 | 001015 | Social Security | Claim 000012, Payment 4.67% | 7100-000 | | 543.08 | 1,692.84 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.08

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11269 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | TINER, VANLEE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6163 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0683 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  01/07/10 | 001016 | 1500 Woodlawn Dr<br>Baltimore, MD 21241<br>Social Security Administration | Claim 000013, Payment 4.67% | 7100-000 | | 1,692.84 | 0.00 |
| * C  04/27/10 | 001009 | Oas 11th Floor<br>Jamaica, NY 11432<br>MCI | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -13.27 | 13.27 |
| C  04/28/10 | 001017 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274<br>Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois  60604 | Deposit of Unclaimed Funds  347<br>Claim No. 6 of MCI | 7100-000 | | 13.27 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6163 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 19 | Checks | 6,901.87 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 6,901.87 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 6,901.87 | | | |
| | Total | $ 6,901.87 | | | |

LFORM2T4  UST Form 101-7-TDR (9/1/2009) (Page: 10)                    Ver: 15.08

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11269 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | TINER, VANLEE | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6163 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0683 | | | |
| For Period Ending: | 06/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | 6,901.25 | 19 | Checks | 6,901.87 |
| | | 8 | Interest Postings | 0.62 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 6,901.87 |
| | | | Subtotal | $ 6,901.87 | | | |
| | | | | | | Total | $ 13,803.74 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 2 | Transfers In | 6,901.87 | | | |
| | | | Total | $ 13,803.74 | | Net Total Balance | $ 0.00 |